UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

CRAIG SCHWARTZ,

    Plaintiff,

vs.

CASE NO: 05-74061
HON.: Victoria A. Roberts
Magistrate Judge Majzoub

CITY OF DETROIT, ET AL,

    Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Upon stipulation of the parties, as evidenced by the signature of their respective counsel below;

**IT IS ORDERED,** that the above referenced action is dismissed with prejudice and without costs or fees to any party.

**IT IS FURTHER ORDERED,** that the Court shall retain jurisdiction for the purpose of enforcing the "General Release of Claims and Settlement Agreement" executed by the parties.

    S/Victoria A. Roberts
Dated: 12/18/07    DISTRICT COURT JUDGE

Stipulated for entry by:

  /s/ Joel B. Sklar
JOEL B. SKLAR P38338
Attorney for Plaintiff

  /s/ Andrew Jarvis w/consent
ANDREW JARVIS P59191
Attorney for Defendants